IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02276-BNB

DAVID D. ANDERSON,

    Applicant,

v.

[NO NAMED RESPONDENT],

    Respondent.

ORDER OF DISMISSAL

    Applicant, David D. Anderson, currently is detained at the Fremont County Detention Center in Cañon City, Colorado. Mr. Anderson, acting *pro se*, initiated this action by filing a Letter challenging his excessive bail and resulting detention pending criminal proceedings. In an order entered on August 28, 2012, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Anderson to cure certain deficiencies if he wished to pursue his claims. Specifically, Mr. Anderson was instructed to file his claims on a Court-approved form that is used in filing 28 U.S.C. § 2241 actions and either to pay the $5.00 filing fee or submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action.

    Mr. Anderson now has failed to communicate with the Court and, as a result, has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure all noted deficiencies.

    The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith, and, therefore, *in forma pauperis* status is denied

for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Anderson files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  2nd  day of      October      , 2012.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court